JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIANNA GARCIA HERNANDEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>SAN FERNANDO VALLEY COMMUNITY MENTAL HEALTH CENTER ("SFVCMHC, Inc."), a nonprofit corporation; TIMOTHY RYDER, an individual; ELIZABETH SALAPONG, an individual; and KATIE PHILLIPS, an individual, and DOES 1-100<br><br>        Defendants. | CASE NO: 2:23-cv-08475-ab-asX<br><br>Assigned to:<br>Hon. Andre Birotte, Jr.<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)** |

1

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

DATED: February 06, 2024      BY: _____
                                   Honorable Andre Birotte Jr.
                                   United States District Court Judge